UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JAMES OLIVEIRA

v.  CA 11-024 ML

ASHBEL T. WALL

ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Almond on May 12, 2011. No objection has been filed, and the time for doing so has passed. The Court adopts the Report and Recommendation. The State's Motion to Dismiss is GRANTED. The Petition is hereby DISMISSED without prejudice.

SO ORDERED:

/s/ Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
June 9, 2011